UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DOMINICK GRAVES, | ) | |
| Plaintiff, | ) | Case No.  2:10-cv-2211-JCM-GWF |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | Motion to Extend Time (#11) |
| Defendants | ) | |

This matter is before the Court on Defendants Cheryl Burson, Brian Williams, Cole Morrow, Tanya Hill, Elsie Spell, Anthony Ritz and Dwayne Deal's Motion to Extend Time to File Response to Complaint (#11), filed April 4, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown.  Defendants request a 45 day extension of time to respond to Plaintiff's Complaint due to personnel issues in the Attorney General's Office.  The Court finds Defendants have shown good cause for an extension.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time to File Response to Complaint (#11) is **granted**.  Defendants will have until **May 26, 2011** to respond to Plaintiff's Complaint.

DATED this 11th day of April, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**